UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DIONICIA NUNEZ,<br><br>         Plaintiff,<br><br>   v.<br><br>HOME MORTGAGE DIRECT LENDERS;<br>et al.,<br><br>         Defendants. | 3:12-cv-0073-LRH-VPC<br><br>ORDER |

Before the court is plaintiff Dionicia Nunez's ("Nunez") motion for a temporary restraining order. Doc. #1, Exhibit 1.[1]

The court has reviewed the documents and pleadings on file in this matter and finds that Nunez's motion for a temporary restraining order is moot. This action was removed to this court on February 7, 2012. *See* Doc. #1. However, the underlying motion seeks to stop a trustee's sale that was scheduled to take place on January 4, 2012.

A temporary restraining order only offers prospective relief. *See* FED. R. CIV. P. 65(b)(2). Therefore, there is no prospective sale for this court to enjoin. Accordingly, the court shall deny Nunez's motion for a temporary restraining order.

///

---

[1] Refers to the court's docket entry number.

1    IT IS THEREFORE ORDERED that plaintiff's motion for a temporary restraining order
2 (Doc. #1, Exhibit 1) is DENIED.
3    IT IS SO ORDERED.
4    DATED this 21st day of February, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE