1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                        DISTRICT OF NEVADA

8                              * * *
                                )
9   DIONICIA NUNEZ              )
                                )
10              Plaintiff,       )          3:12-cv-0073-LRH-VPC
                                )
11   v.                         )
                                )          ORDER
12   HOME MORTGAGE DIRECT LENDERS; )
     et al.,                    )
13                              )
                Defendants.     )
14   _____ )

15      Before the court is defendants motion to dismiss. Doc. #5.[1] Plaintiff Dionicia Nunez

16   ("Nunez") did not file an opposition.

17      In November 2006, Nunez purchased real property through a mortgage note and deed of

18   trust. Plaintiff defaulted on the property and defendants initiated non-judicial foreclosure

19   proceedings. Subsequently, Nunez filed a complaint against defendants. Doc. #1, Exhibit A.

20   Thereafter, defendants filed the present motion to dismiss to which Nunez did not respond. Doc. #5.

21      While the failure of an opposing party to file points and authorities in response to any

22   motion shall constitute a consent to the granting of the motion under LR 7-2(d), Nunez's failure to

23   file an opposition, in and of itself, is an insufficient ground for dismissal. *See Ghazali v. Moran*, 46

24   F.3d 52, 53 (9th Cir. 1995). Before dismissing a case, a district court is required to weigh several

25

26   _____

       [1] Refers to the court's docket number.

1   factors: (1) the public's interest in the expeditious resolution of litigation; (2) the court's need to

2   manage its docket; (3) the risk of prejudice to the defendant; 4) the public policy favoring

3   disposition of cases on their merits; and (5) the availability of less dramatic sanctions. *Id*.

4         Here, these factors weigh in favor of dismissal. The need for the expeditious resolution of

5   cases on the court's docket is strong. Defendants have an interest in resolving this matter in a timely

6   manner. Further, there is a lack of prejudice to Nunez because she has shown an unwillingness to

7   continue litigating her complaint which weighs in favor of granting the motion. Additionally,

8   although public policy favors a resolution on the merits, the court finds that dismissal is warranted

9   in light of these other considerations.

10

11         IT IS THEREFORE ORDERED that defendants' motion to dismiss (Doc. #5) is

12   GRANTED. Plaintiff's complaint (Doc. #1, Exhibit A) is DISMISSED in its entirety.

13         IT IS SO ORDERED.

14         DATED this 17th day of May, 2012.

15

16   _____

17   LARRY R. HICKS
     UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26