# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DIONICIA NUNEZ,<br><br>       Plaintiff,<br><br>v.<br><br>HOME MORTGAGE DIRECT LENDERS; et al.,<br><br>       Defendants. | 3:12-cv-0073-LRH-VPC<br><br>ORDER |

Before the court is defendants motion to dismiss. Doc. #5.[1] Plaintiff Dionicia Nunez ("Nunez") did not file an opposition.

In November 2006, Nunez purchased real property through a mortgage note and deed of trust. Plaintiff defaulted on the property and defendants initiated non-judicial foreclosure proceedings. Subsequently, Nunez filed a complaint against defendants. Doc. #1, Exhibit A. Thereafter, defendants filed the present motion to dismiss to which Nunez did not respond. Doc. #5.

While the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion under LR 7-2(d), Nunez's failure to file an opposition, in and of itself, is an insufficient ground for dismissal. *See Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995). Before dismissing a case, a district court is required to weigh several

---

[1] Refers to the court's docket number.

factors: (1) the public's interest in the expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendant; 4) the public policy favoring disposition of cases on their merits; and (5) the availability of less dramatic sanctions. *Id*.

Here, these factors weigh in favor of dismissal. The need for the expeditious resolution of cases on the court's docket is strong. Defendants have an interest in resolving this matter in a timely manner. Further, there is a lack of prejudice to Nunez because she has shown an unwillingness to continue litigating her complaint which weighs in favor of granting the motion. Additionally, although public policy favors a resolution on the merits, the court finds that dismissal is warranted in light of these other considerations.

IT IS THEREFORE ORDERED that defendants' motion to dismiss (Doc. #5) is GRANTED. Plaintiff's complaint (Doc. #1, Exhibit A) is DISMISSED in its entirety.

IT IS SO ORDERED.

DATED this 17th day of May, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE